IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHITA ALBERT,

    Plaintiff,

    v.

WELLS FARGO BANK NA, et al.,

    Defendants.

No. C 12-00513 JSW

**ORDER TO SHOW CAUSE**

On February 1, 2012, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") removed this case from San Mateo County Superior Court, asserting federal question and diversity jurisdiction. On February 7, 2012, Wells Fargo filed a motion to dismiss, which is now scheduled for a hearing on April 13, 2012.

Although that hearing on that motion was rescheduled after this case was reassigned, pursuant to Northern District Civil Local Rule 7-3(a), the opposition would have been due on February 21, 2012. Plaintiff has not filed an opposition to the motion.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff's response to this Order to Show Cause shall be due by no later than March 19, 2012. If Plaintiff seeks to file an opposition to the motion, she must submit a request demonstrating good cause for her request and the request must be accompanied by her proposed opposition brief.

//

//

If Plaintiff seeks leave to file a belated opposition, and the Court grants Plaintiff's request, it shall grant Wells Fargo additional time to submit a reply brief. Pending further order of the Court, the hearing for April 13, 2012 remains on calendar.

If Plaintiff fails to file a response to this Order to Show Cause, the Court shall dismiss this case without prejudice without further notice to Plaintiff.

**IT IS SO ORDERED.**

Dated: March 12, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE