IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHITA ALBERT,

    Plaintiff,

v.

WELLS FARGO BANK NA, et al.,

    Defendants.
_____/

No. C 12-00513 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING DEADLINE FOR REPLY BRIEF**

The Court has received Plaintiff's response to the Order to Show Cause dated March 12, 2012, and Plaintiff's opposition brief to the motion to dismiss. The Court shall discharge the Order to Show Cause without imposing sanctions in this instance. However, the Court HEREBY ADVISES all counsel responsible for this case that any further failures to comply with Court deadlines shall not be tolerated, and it would encourage Plaintiff's counsel to ensure that all counsel working on this case have access to and receive notifications of filings through the Court's ECF system.

The Court shall accept Plaintiff's late-filed opposition brief. Defendants' reply shall be due on or before March 30, 2012. If the Court finds the motion suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: March 21, 2012

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE